No. 112.   FLOYD ET AL. *v.* EGGLESTON ET AL.   February 3, 1941.   Motion for leave to file petition for rehearing granted, and the petition for rehearing is denied.   311 U. S. 708.

No. 38.   PALMER ET AL., TRUSTEES, *v.* CONNECTICUT RAILWAY & LIGHTING Co.   February 3, 1941.   311 U. S. 544.

No. 74.   STONER *v.* NEW YORK LIFE INSURANCE Co.   February 3, 1941.   311 U. S. 464.

No. 205.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* EUBANK.   February 3, 1941.   311 U. S. 122.

No. 399.   BLAYDES ET AL. *v.* C. H. LITTLE & Co. ET AL.   February 3, 1941.   311 U. S. 618.

No. 545.   MILLER *v.* KIRWAN.   February 3, 1941.   311 U. S. 716.

No. 28.   SIBBACH *v.* WILSON & Co.   See *ante,* p. 1.

No. 87.   GORIN *v.* UNITED STATES; and
No. 88.   SALICH *v.* UNITED STATES.   February 10, 1941.   *Ante,* p. 19.

No. 188.   UNITED STATES *v.* COWDEN MANUFACTURING Co.   February 10, 1941.   *Ante,* p. 34.

No. 352.   SUNSHINE MINING Co. *v.* NATIONAL LABOR RELATIONS BOARD.   February 10, 1941.